THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ESEN KEKTYSHEV,

        Petitioner

v.                                     4:20-CV-1744
                                          (JUDGE MARIANI)

WARDEN CLAIR DOLL,

        Respondent

## ORDER

**AND NOW, THIS 18TH DAY OF DECEMBER, 2020,** upon review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 10) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 10) is **ADOPTED** for the reasons set forth therein.

2. The Clerk of Court is directed to correct the spelling of Petitioner's name to "Kektyshev" on the docket.

3. The Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DENIED** and the Petition is **DISMISSED WITHOUT PREJUDICE**.

4. A Certificate of Appealability **SHALL NOT ISSUE**.

5. The Clerk of Court is directed to **CLOSE** this case.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge